```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
YAHAIRA PEREZ VARGAS, on behalf of AMPP,                               :
                                                                       :
                                    Plaintiff,                         :
                                                                       :            20 Civ. 10427 (JPC)
            -v-                                                        :
                                                                       :                  ORDER
COMMISSIONER OF SOCIAL SECURITY,                                       :
                                                                       :
                                    Defendant.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 23, 2021, the Court issued an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Stewart D. Aaron.  Dkt. 11.  If either party did not consent, the Court requested a joint letter advising of this by March 9, 2021.  *Id.*  The Court has not received any update from the parties and directs them to comply with the February 23, 2021 Order by March 31, 2021.

SO ORDERED.

Dated: March 26, 2021
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                   United States District Judge